ROGERS JOSEPH O'DONNELL
Renée D. Wasserman (State Bar No. 108118)
rwasserman@rjo.com
Merri A. Baldwin (State Bar No. 141957)
mbaldwin@rjo.com
Alecia E. Cotton (State Bar No. 252777)
acotton@rjo.com
Emily A. Wieser (State Bar No. 311315)
ewieser@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:    415.956.2828
Facsimile:    415.956.6457

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. **'22CV0379 L    DEB**<br><br>[Removed from San Diego County Superior Court, Case No. 37-2022-00003327-CU-BT-CTL]<br><br>**CLASS ACTION**<br><br>**APPENDIX OF STATE COURT PLEADINGS IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL**<br><br>Date of first filing:  January 26, 2022 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to 28 U.S.C. § 1446 (a) attached hereto are true and correct copies of all state court processes and pleadings served upon Defendant Costco Wholesale Corporation ("Defendant" or "Costco") in the above-entitled action, including:

/ / /

| | | |
|---|---|---|
| Exhibit A: | Summons | |
| Exhibit B: | Complaint | |
| Exhibit C: | Declaration of Plaintiff Diana Vargas Re: Venue | |
| Exhibit D: | Civil Case Cover Sheet | |
| Exhibit E: | Notice of Case Assignment and Case Management Conference | |
| Exhibit F: | Stipulation to Use Alternative Dispute Resolution | |
| Exhibit G: | Service of Process Transmittal | |

Dated: March 21, 2022                ROGERS JOSEPH O'DONNELL


By:    /s/ Merri A. Baldwin
RENÉE D. WASSERMAN
ALECIA E. COTTON
EMILY A. WIESER

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION