ROGERS JOSEPH O'DONNELL
Renée D. Wasserman (State Bar No. 108118)
*rwasserman@rjo.com*
Alecia E. Cotton (State Bar No. 252777)
*acotton@rjo.com*
Emily A. Wieser (State Bar No. 311315)
*ewieser@rjo.com*
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:   415.956.6457

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:    (805) 270-7589
E-Mail:   *mbradley@bradleygrombacher.com*
          *kgrombacher@bradleygrombacher.com*

MAJARIAN LAW GROUP
Sahag Majarian, Esq. (SBN 146621)
Garen Majarian (SBN 334104)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:   (818) 609-0807
Facsimile:    (818) 609-0892
E-Mail:   *sahagii@aol.com*
          *garen@majarianlaw.com*

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA VARGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:22-cv-379-L-DEB<br><br>[Removed from San Diego County Superior Court, Case No. 37-2022-00003327-CU-BT-CTL]<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO DISMISS PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Date of first filing:  January 26, 2022 |

**TO THE COURT AND ALL PARTIES:**

WHEREAS, Plaintiff Diana Vargas ("Plaintiff") filed a complaint in Superior Court of the State of California, County of San Diego on January 26, 2022;

WHEREAS, Defendant Costco Wholesale Corporation ("Defendant") removed the action on or about March 22, 2022;

WHEREAS, the Court has never certified any class in the above-entitled action under Federal Rule of Civil Procedure 23;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE to dismissal of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  By this Stipulation, the parties agree that the dismissal is with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any putative class members. *See* Fed. R. Civ. P. 23(e); Rule 23 Advisory Committee Notes, 2003 Amendments (requiring court approval only if the claims "of a *certified class* are resolved by a settlement, voluntary dismissal, or compromise").  The parties are to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated:  May 25, 2022          ROGERS JOSEPH O'DONNELL

By:  /s/ *Alecia E. Cotton*
RENÉE D. WASSERMAN
ALECIA E. COTTON
EMILY A. WIESER

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

Dated:  May 25, 2022          BRADLEY/GROMBACHER, LLP

By:  /s/ *Kiley L. Grombacher*
MARCUS J. BRADLEY
KILEY L. GROMBACHER

Attorneys for Plaintiff and the Putative Class

## CERTIFICATE OF SERVICE

I, Alecia E. Cotton, hereby certify that on May 25, 2022, I caused to be electronically filed the foregoing **JOINT STIPULATION TO DISMISS PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**, true and correct copies of which will be served via the Court's CM/ECF system on all parties of record.

/s/ *Alecia E. Cotton*